LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JAFFREY BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAFFREY BROWN,<br><br>　　　　Defendant. | Case No.: 2:15-CR-0176 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　Hon. Troy L. Nunley<br>Date:　September 28, 2017<br>Time:　9:30 a.m. |

　　　　The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Rosanne Rust and Attorney Todd D. Leras on behalf of Defendant Jaffrey Brown request to continue the date presently set for Judgment and Sentencing in the above-reference matter from July 13, 2017 to September 28, 2017. Due to scheduling concerns, the probation

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

department needs additional time to complete the draft pre-sentence investigation report. Both parties agree to the request and are available along with the assigned probation officer to appear on the requested date. It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Proposed Date for Draft Pre-Sentence Report: August 17, 2017;

2. Informal Objections to Draft Pre-Sentence Report: August 31, 2017;

3. Pre-Sentence Report Date: September 7, 2017;

4. Motion for Correction Date: September 14, 2017; and

5. Reply Date: September 21, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Rosanne Rust has reviewed this stipulation and authorized Todd D. Leras to sign it on her behalf.

DATED: April 7, 2017

By /s/ Todd D. Leras for
ROSANNE RUST
Assistant United States Attorney

DATED: April 7, 2017

By /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JAFFREY BROWN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to September 28, 2017, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: April 7, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE