LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JAFFREY BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAFFREY BROWN,<br><br>    Defendant. | Case No.: 2:15-CR-176 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:  Hon. Troy L. Nunley<br>Date:   November 16, 2017<br>Time:   9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Rosanne Rust and Attorney Todd D. Leras on behalf of Defendant Jaffrey Brown request to continue the date presently set for Judgment and Sentencing in the above-reference matter from September 28, 2017 to November 16, 2017. Defendant has completed her interview

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

with the assigned probation officer, the probation department has completed the draft Pre-Sentence Report (PSR), but the defense needs additional time to conduct investigation and gather materials in support of its sentencing request.  Defendant is a life-long resident of Stockton.  As a result, much of the potential mitigation evidence and witnesses are in San Joaquin County.

The government does not oppose the request and the assigned probation officer is available to appear on the requested date.   It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1.   Informal Objections to Draft Pre-Sentence Report:  October 12, 2017;

2.  Final Pre-Sentence Report Date:   October 26, 2017;

3.  Motion for Correction Date:  November 2, 2017; and

4.  Reply Date:  November 9, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Rosanne Rust has reviewed this proposed order and authorized Todd D. Leras to sign it on her behalf.

DATED:  August 31, 2017

By    /s/ Todd D. Leras for
     ROSANNE RUST
     Assistant United States Attorney

DATED:  August 31, 2017

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     JAFFREY BROWN

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to November 16, 2017, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: September 1, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE