|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 15, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAFFREY BROWN,<br><br>　　　　　Defendant. | Case No.  2:15-cr-00176-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  __JAFFREY BROWN__ , Case No. __2:15-cr-00176-TLN__ Charge __18 U.S.C. § 3583__ , from custody for the following reasons:

　　　　__X__　　Release on Previously Imposed Supervised Release Conditions

　　　　_____　　Bail Posted in the Sum of $ _____

　　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　　_____　Appearance Bond with Surety

　　　　　　　　_____　Corporate Surety Bail Bond

　　　　　　　　_____　(Other):

Issued at Sacramento, California on March 15, 2021 at 2:12 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson