UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 14, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JAFFREY BROWN,<br><br>Defendant. | Case No. 2:15-CR-00176-TLN-09<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release JAFFREY BROWN, Case No. 2:15-CR-00176-TLN-09, Charge 18 U.S.C. § 3606, from custody for the following reasons:

|   | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ _____ |
| ___ | Unsecured Appearance Bond $ _____ |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | (Other): The defendant was sentenced on May 27, 2021 to be imprisoned until June 14, 2021. |

Issued at Sacramento, California on June 14, 2021.

By: _____
District Judge Troy L. Nunley