LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JAFFREY BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0176 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR TEMPORARY RELEASE |
| JAFFREY BROWN, | |
| Defendant. | |
| | Court:  Honorable Dennis M. Cota |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Denise Yasinow and Defendant Jaffrey Brown by and through her attorney Todd D. Leras, request that the Court issue an order granting Ms. Brown a temporary release from the Sacramento County Main Jail, from 7:30 a.m. to 7:00 p.m. on Friday, October 29, 2021, to attend the funeral and burial services for her sister, Sequoia Valverde Pride.  The funeral and burial services are respectively scheduled to take place at 11:00 a.m. at the Lighthouse of the Valley Church in Stockton and at 3:00 p.m. at the Cherokee Memorial Park in

ORDER FOR TEMPORARY RELEASE

Lodi.  The period of temporary release is required to allow roundtrip travel from Sacramento to Stockton and Lodi.

Ms. Brown's sister, Sequoia Valverde Pride, died on October 17, 2021.  Ms. Brown was very close to her sister, and her death represents a significant loss to her.  Investigator Fred Scoville will take third-party custody of Ms. Brown and transport her to and from the Sacramento County Main Jail and maintain primary third-party custody of her.  Vardell Carter, an Investigator with the San Joaquin County Public Defender's Office who is married to one of Ms. Brown's cousins, will assist Investigator Scoville during the funeral and burial services.  Investigator Scoville, however, will remain with Ms. Brown at all times during the temporary release.

Ms. Brown is currently in custody at the Sacramento County Jail for a supervised release violation stemming from a Credit Card Device Access Fraud case.   She admitted two charged violations relating to her drug conditions and is pending dispositional hearing before United States District Judge Troy L. Nunley on November 18, 2021.

The parties stipulate and agree that Ms. Brown be temporarily released from the Sacramento County Jail to the third-party custody of Investigator Fred Scoville on October 29, 2021, at 7:30 a.m.  Investigator Scoville will transport Ms. Brown to the Lighthouse of the Valley Church in Stockton and the Cherokee Memorial Park in Lodi.  San Joaquin County Public Defender Investigator Wardell Carter will assist Investigator Scoville with third-party custody of Ms. Brown during the funeral and burial services.  Investigator Scoville will remain with Ms. Brown while she attends the funeral and burial services.  Following conclusion of the services, Investigator Scoville will transport Ms. Brown back to the Sacramento County Jail by no later than 7:00 p.m. on October 29, 2021.

ORDER FOR TEMPORARY RELEASE

Ms. Brown's activity will be limited to traveling from the Sacramento County Jail to Stockton and Lodi to attend the funeral and burial services for her sister.  Ms. Brown will remain in the third-party custody of Investigator Scoville, with assistance from San Joaquin County Public Defender Investigator Wardell Carter at the funeral and burial services, during the entire period of the Temporary Release.

Assistant U.S. Attorney Denise Yasinow has approved of this request and authorized Todd D. Leras via email to sign it on her behalf.

DATED:  October 27, 2021

By   */s/ Todd D. Leras for*
DENISE YASINOW
Assistant United States Attorney

DATED:  October 27, 2021

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JAFFREY BROWN

ORDER FOR TEMPORARY RELEASE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Jaffrey Brown (X Reference Number 5023681) shall be released from the Sacramento County Jail on a "Temporary Out" on October 29, 2021, at 7:30 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to as third-party custodian of Ms. Brown during the Temporary Out.

2. Upon temporary release, Jaffrey Brown shall remain with the third-party custodian at her sister's funeral service at Lighthouse of the Valley Church, 4368 North Sutter Street, Stockton, and at the burial service at Cherokee Memorial Park, Highway 99 and Harney Lane, Lodi, California.  San Joaquin County Public Defender Investigator Wardell Carter will assist Investigator Scoville during the funeral and burial services, but Investigator Scoville shall remain with Jaffrey Brown at all times during the Temporary Out.

3. Investigator Scoville shall transport and return Jaffrey Brown to the Sacramento County Main Jail, following conclusion of the funeral and burial services, no later than 7:00 p.m. on Friday, October 29, 2021.

IT IS SO ORDERED.

DATED:  OCTOBER 28, 2021



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE